UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | 5:21-cv-01962-AB (SHKx) | Date: | May 16, 2022 |

| Title: | *Sherri Percival v. Staples, Inc.* et al. |

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

Carla Badirian
Deputy Clerk

N/A
Court Reporter

Attorney(s) Present for Plaintiff(s):

None Appearing

Attorney(s) Present for Defendant(s):

None Appearing

**Proceedings:**   **[In Chambers] ORDER REMANDING ACTION TO STATE COURT**

In its Order Granting Plaintiff's Motion For Leave to File First Amended Complaint, (Dkt. No. 29), the Court gave Plaintiff Sherri Percival ("Plaintiff") leave to file an amended complaint, adding Herman McCullough ("McCullough") as a defendant.

Plaintiff has now filed her First Amended Complaint ("FAC"), (Dkt. No. 30), in which she brings her first cause of action against all of the defendants in the case, including McCullough, (FAC at 3–5). Since the addition of McCullough has destroyed complete diversity in this action, the Court no longer has jurisdiction over the case. For this reason, the Court now **REMANDS** the action to state court.

**IT IS SO ORDERED**.